UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 8:09-Cr-490-SDW-1

JOYCE SERVENTI

## ORDER

AND NOW, this *17th* day of February, 2010, upon consideration of the

government's Motion to Continue the Sentencing Date, it is hereby

ORDERED that the Motion is GRANTED, and a new sentencing date is to be set

in the future.

BY THE COURT:

The Honorable Susan D. Wigenton
U.S. District Court Judge