UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOYCE SERVENTI,**

    Defendant.

Case No: 2:09-cr-00490-SDW

## ORDER

AND NOW, this **7th** day of March, 2011, upon consideration of Consented Motion to Continue Sentencing, it is hereby

ORDERED that the motion is GRANTED, and a new sentencing date ~~is to be set in the future~~ **Monday June 20, 2011 at 11:00 a.m. Courtroom 5C.**

BY THE COURT:

_____
The Honorable Susan D. Wigenton
U.S. District Court Judge