IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 2:09-Cr-490 (SDW-1)

v.

JOYCE SERVENTI,

        Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Continue Sentencing scheduled for June 21, 2011, the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The sentencing date scheduled for June 21, 2011 is hereby continued to __8/1/11 @ 11:30am__.

BY THE COURT:

_____
The Honorable Susan D. Wigenton
U.S. District Court Judge